**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:        *Praise Deliverance Church v. Jelinis, LLC and Hreal Company, LLC*

Appellate case number:      01-16-00890-CV

Trial court case number:    1080764

Trial court:                County Civil Court at Law No. 3 of Harris County

Date motion filed:          November 2, 2017

Party filing motion:        Appellant, Praise Deliverance Church

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Michael Massengale
                    ☐ Acting individually    ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Keyes and Massengale

Justice Keyes would grant rehearing.

Date:  December 21, 2017